| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Braun, Shlome,** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Braun, Rachel,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **7132** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all):    **6191** |
| Street Address of Debtor (No. & Street, City, and State):<br>**65 Reagan Rd**<br>**Spring Valley, New York**<br>ZIP CODE **10977** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**65 Reagan Rd**<br>**Spring Valley, New York**<br>ZIP CODE **10977** |
| County of Residence or of the Principal Place of Business:<br>**Rockland** | County of Residence or of the Principal Place of Business:<br>**Rockland** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Shlomo, Rachel Braun** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X  s/David Carlebach DC-7350          4/16/2008** Signature of Attorney for Debtor(s)          Date **David Carlebach          DC-7350** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Shlomo, Rachel Braun** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **s/ Shlomo**<br>   Signature of Debtor    **Shlomo**<br><br>X **s/ Rachel Braun**<br>   Signature of Joint Debtor    **Rachel Braun**<br><br>   Telephone Number (If not represented by attorney)<br><br>**4/16/2008**<br>   Date | X **Not Applicable**<br>(Signature of Foreign Representative)<br><br><br>(Printed Name of Foreign Representative)<br><br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **s/David Carlebach DC-7350**<br>Signature of Attorney for Debtor(s)<br><br>**David Carlebach  Bar No.  DC-7350**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Law Offices of David Carlebach**<br>Firm Name<br><br>**40 Exchange Place, Suite 1306 New York, New York 10005**<br>Address<br><br><br>**212-785-3041**            **212-785-3618**<br>Telephone Number<br><br>**4/16/2008**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>Address<br><br><br>X **Not Applicable**<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Authorized Individual<br><br><br>Printed Name of Authorized Individual<br><br><br>Title of Authorized Individual<br><br><br>Date | |

Bank of America
P.O.Box 15710
Wilmington, DE 19886

Chase
P.O.Box 15153
Wilmington, DE 19886

Access Receivables Management
P.O.Box 9801
Townson, MD 21284

All State Idemnity Company
Credit Collection Services
Two wells Avenue, Dept. 9135
Newton, MA 02459

American Express
P.O.Box 2855
New York, NY 10116

Associated Credit Services, Inc.
105B South St.
P.O.Box 9100
Hopkinton, MA 01748

National American Credit Corp.
1 Allied Dr.
Trevose, PA 19053

B&S Management Corp.
65 Reagan Road
Spring Valley, NY 10977

Bank of America
P.O.Box 15710
Wilmington, DE 19886

Bank of America
P.O.Box 15726
Wilmington, DE 19886

Bank of America
P.O.Box 15184
Wilmington, DE 19850

Bridge View Associates Corp.
65 Reagan Road
Spring Valley, NY 10977

Bridge View Associates  Corp.
65 Reagan Road
Spring Valley, NY 10977

Bridge View Associates
65 Reagan Road
Spring Valley, NY 10977

Bridge View Associates Corp.
65 Reagan Road
Spring Valley, NY 10977

Bridge View Associates Corp.
65 Reagan Road
Spring Valley, NY 10977

Bridge View Associates Corp.
65 Reagan Road
Spring Valley, NY 10977

Bridge View Associates Corp.
65 Reagan Road
Spring Valley, NY 10977

Builders Capital  LLC
90 Crystal Run Rd.
Suite 400
Middletown, NY 10941


Chase
P.O.Box 78035
Phoenix, AZ 85062


Chase
Cardmember Services
P.O.Box 15153
Wilmington, DE 19886


Citibusiness Card
P.O.Box 183065
Columbus, OH 43218


Citizens Bank
P.O.Box 9799
Providence, RI 02940


Country Wide
Cardmember Services
P.O.Box 15153
Wilmington, DE 19886


Credit Collection Services
Two wells Avenue
Dept. 9135
Newton, MA 02459


Discover Card
P.O.Box 15251
Wilmington, DE 19886


Disney Rewards
Cardmember Services
P.O.Box 15153
Wilmington, DE 19866

Forster & Garbus
P.O.Box 9030
Farmingdale, NY 11735


Frederick J. Hanna & Associates PC
1427 Rosewell Rd.
Marietta, GA 30062


GM Card/HSBC Card Services
P.O.Box 37281
Baltimore, MD 21297


Hardy Credit Co.


HSBC Bank
P.O.Box 80026
Salines, CA 93912


HSBC Bank USA
P.O.Box 80026
Salinas, CA 93912


HSBC Bank USA
P.O.Box 37278
Baltimore, MD 21297


HSBC Bank USA
P.O.Box 80026
Salines, CA 93912


HSBC Bank USA
P.O.Box 80026
Salinas, CA 93912

HSBC Mortgage Corporation(USA)
Suite 0241
Buffalo, NY 14270

Intergrated Portfolio
Management Inc.
P.O.Box 3352
Glen Ellyn, IL 60138

Kirschenbaum & Phillips, P.C.
3000 Hempstead Turnpike
4th Floor
Levitton, NY 11756

Law Offices of Mitchell N. Kay
P.O.Box 9006
Smithtown, NY 11787

LDG Financial Services, LLC
4553 Winters Chapel Rd.
Atlanta, GA 30360

Liberty Savings Bank
c/o Hardy Credit co.
12276 San Jose Blvd. Suite 207
Jacksonville, FL. 32223

Linton Distasio Adams P.C.
1720 Mineral Spring Rd.
P.O.Box 451
Reading, PA 19603

M.L. Zager P.C.
543 Broadway
P.O.Box 948
Monticello, NY 12701

Mezimen Corp.
P.O.Box 258
Monsey, NY 10952

Nationwide Credit Inc.
3010 Corporate Way.
Miramar, FL 33025


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Orange & Rockland Utilities
390 West Route 59
Spring Valley, NY 10977


Oxford Health Plans
c/o RMS 77 Hartland St.,  St. 401
East hartford, CT 06128


Preferred Mutual Insurance Company
1 Preferred Way
New Berlin, NY 13411


Samuel Freidman


Bank of America
P.O.Box 15184
Wilmington, DE 19850


The Law Offices of Jacobowitz
& Gubits LLP
158 Orange Avenue
P.O.Box 367
Walden, NY 12586

Toyota Motor Credit Corporation
P.O.Box 5236
Carol Stream, IL 60197


Tri Valley Estates LLC


Ultimate Builders
65 Reagan Road
Spring Valley, NY 10977


Ultimate Builders Ltd.
65 Reagan Road
Spring Valley, NY 10977


Ultimate Builders Ltd.
65 Reagan Road
Spring Valley, NY 10977


Ultimate Builders Ltd.
65 Reagan Road
Spring Valley, NY 10977


Wachovia Bank
P.O.Box 96074
Charolette, NC 28296


Wachovia Bank, N.A.
P.O.Box 96074
Charolette, NC 28296


Wachovia Bank, N.A.
P.O.Box 96074
Charolotte, NC 28296

Wachovia FIA Card Services
P.O.Box 15726
Wilmington, DE 19886

Wachovia Fia Card Services
P.O.Box 15726
Wilmington, DE 19886

Wells Fargo
P.O.Box 348750
Scarmento, CA 95834

Woodards Concrete
P.O.Box 8 Lybolt Rd.
Bullville, NY 10915

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   **Shlomo   Rachel Braun**                                Case No._____

                              **Debtors**                        Chapter **11**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **8** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **4/16/2008**_____          Signed: **s/ Shlomo**_____
                                                       **Shlomo**

Dated:   **4/16/2008**_____          Signed: **s/ Rachel Braun**_____
                                                       **Rachel Braun**

Signed:   **s/David Carlebach DC-7350**_____
          **David Carlebach**
          Attorney for Debtor(s)
          Bar no.:        **DC-7350**
          **Law Offices of David Carlebach**
          **40 Exchange Place, Suite 1306**
          **New York, New York 10005**
          Telephone No.:   **212-785-3041**
          Fax No.:         **212-785-3618**
          E-mail address:   **david@carlebachlaw.com**

**B4 (Official Form 4) (12/07)**

**United States Bankruptcy Court**
**Southern District of New York**

In re  **Shlomo    Rachel Braun**_____ ,    Case No. _____

                              Debtors                          Chapter  **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, gov-ernment contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Liberty Savings Bank c/o Hardy Credit co. 12276 San Jose Blvd. Suite 207 Jacksonville, FL. 32223** | | **Bank Loan** | **CONTINGENT** | **$1,221,326.18** |
| **Builders Capital  LLC 90 Crystal Run Rd. Suite 400 Middletown, NY 10941** | | **Business Loan** | **CONTINGENT** | **$682,350.00** |
| **Mezimen Corp. P.O.Box 258 Monsey, NY 10952** | | **Personnel Loan** | | **$250,000.00** |
| **Citizens Bank P.O.Box 9799 Providence, RI 02940** | | **Business Loan** | **CONTINGENT** | **$103,130.71** |
| **HSBC Bank USA P.O.Box 80026 Salines, CA 93912** | | **Business Loan** | **CONTINGENT** | **$102,561.59** |
| **Chase P.O.Box 15153 Wilmington, DE 19886** | | **Bank Loan** | | **$65,241.50** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Shlomo    Rachel Braun** _____ , Case No. _____

Debtors

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **HSBC Bank USA**<br>**P.O.Box 37278**<br>**Baltimore, MD 21297** | | **Business Loan** | **CONTINGENT** | **$47,274.90** |
| **American Express**<br>**P.O.Box 2855**<br>**New York, NY 10116** | | **Credit Card** | | **$46.465.27** |
| **Bank of America**<br>**P.O.Box 15710**<br>**Wilmington, DE 19886** | | **Business Credit Card** | | **$36,541.44** |
| **American Express**<br>**P.O.Box 2855**<br>**New York, NY 10116** | | **Business Credit Card** | | **$36,161.54** |
| **Wachovia Bank, N.A.**<br>**P.O.Box 96074**<br>**Charolette, NC 28296** | | **Business Credit Card** | **CONTINGENT** | **$26,876.13** |
| **The Law Offices of Jacobowitz**<br>**& Gubits LLP**<br>**158 Orange Avenue**<br>**P.O.Box 367**<br>**Walden, NY 12586** | | **Legal Fee** | | **$23,449.04** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Shlomo    Rachel Braun** _____ ,   Case No. _____

Debtors

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Bank of America**<br>**P.O.Box 15726**<br>**Wilmington, DE 19886** | | **Credit Card** | | **$21,237.60** |
| **GM Card/HSBC Card Services**<br>**P.O.Box 37281**<br>**Baltimore, MD 21297** | | **Credit Card** | | **$20.846.46** |
| **Toyota Motor Credit Corporation**<br>**P.O.Box 5236**<br>**Carol Stream, IL 60197** | | **Finance Bus. Car** | | **$18,007.18** |
| **Wachovia Fia Card Services**<br>**P.O.Box 15726**<br>**Wilmington, DE 19886** | | **Credit Card** | | **$16,297.11** |
| **Woodards Concrete**<br>**P.O.Box 8 Lybolt Rd.**<br>**Bullville, NY 10915** | | **Business Loan** | **CONTINGENT** | **$13,717.11** |
| **Bank of America**<br>**P.O.Box 15184**<br>**Wilmington, DE 19850** | | **Business Credit Card** | | **$13,468.78** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **Shlomo    Rachel Braun** _____ ,  Case No. _____

                                  Debtors                       Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Disney Rewards Cardmember Services P.O.Box 15153 Wilmington, DE 19866** | | **Credit Card** | | **$12,853.34** |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.