**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re                                                    Chapter 11
    **SHLOME BRAUN**
    **RACHEL BRAUN**                        Case No. 08-22511(ASH)

        **Joint Debtors.**
-----------------------------------------------------------------x

### AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

Shlome Braun and Rachel Braun, joint debtor's herein (the "Debtors"), hereby declare under penalty of perjury, pursuant to Local Rule 1007-2, as follows:

1.      On April 16, 2008, the Debtors filed a joint petition seeking an Order for relief under the protective provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101 et seq. (the "Bankruptcy Code").

2.      The Debtors were primarily in the business of ownership and construction of residential real estate and have continued to own their properties and business since the filing of the petition, as debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      No pre-petition committees have been formed.

4.      A matrix with the twenty largest unsecured creditors is attached to the petition.

5.      The documents and information required by items 5 through 12 will be listed in the Debtor's schedules and statement of financial affairs.

6.      The information required by Section (b) will be provided.

Dated: New York, New York
      April 28, 2008

**SHLOME BRAUN**

s/ Shlome Braun

**RACHEL BRAUN**

s/ Rachel Braun