**B6A (Official Form 6A) (12/07)**

In re: __Shlomo    Rachel Braun__                                       Case No. __08-22511__

_____                                       _____
Debtors                                                                  (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 38 Cosgrove Avenue West Haverstraw, NY | Fee Owner | W | $ 330,000.00 | $ 329,211.08 |
| Home 65 Reagan Road Spring Valley, NY 10977 | | J | $ 750,000.00 | $ 694,688.15 |
| Total ➤ | | | $1,080,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Shlomo   Rachel Braun** _____,    Case No. **08-22511** _____
                                    **Debtors**                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | J | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&T Bank** **Acct #9844802059** | J | 5,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furnishings** | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **General wearing apparel** | J | 200.00 |
| 7. Furs and jewelry. | | **Engagement ring and watch** | J | 2,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance** | J | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **on Husband death benefit** **1,000,000.00** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **B & S Management Corp.** **65 Reagan Road** **Spring Valley, NY 10977** | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bat Management Corp.** **65 Reagan Road** **Spring Valley, NY 10977** | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bridge View Associates, Corp.** **65 Reagan Road** **Spring Valley, NY 10977** | H | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Shlomo   Rachel Braun**                                            .                Case No.  **08-22511**
                                          **Debtors**                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **JJB Realty Management Inc.** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Singer Management** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Tri Valley Estates LLC**<br>**50 % Owner of Corp.** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Ultimate Builders Ltd.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | J | 0.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Shlomo    Rachel Braun** _____ ,    Case No. **08-22511** _____
                                  **Debtors**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_ continuation sheets attached          Total ›          $ 10,200.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re    **Shlomo    Rachel Braun**                                    Case No.    **08-22511**
                                    Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Home**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **CPLR § 5206(a)** | **100,000.00** | **750,000.00** |

B6D (Official Form 6D) (12/07)

In re  **Shlomo   Rachel Braun** _____ .          Case No.  **08-22511** _____

                                    **Debtors**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chase<br>P.O.Box 15153<br>Wilmington, DE 19886<br><br><br>Forster & Garbus<br>P.O. Box 9030<br>Farmingdale, NY 11735 | | W | 01/10/2008<br>Mortgage<br>38 Cosgrove Avenue<br>West Haverstraw, NY<br><br>VALUE $330,000.00 | | | | 65,241.50 | 0.00 |
| ACCOUNT NO.  **004-116-300-167-46**<br><br>Chase<br>P.O.Box 78035<br>Phoenix, AZ 85062 | | W | 12/21/2007<br>Third Lien on Residence Home<br>65 Reagan Road<br>Spring Valley, NY 10977<br><br>VALUE $750,000.00 | | | | 312,848.92 | 0.00 |
| ACCOUNT NO.<br><br>Citibank | | W | Mortgage<br>38 Cosgrove Avenue<br>West Haverstraw, NY<br><br>VALUE $330,000.00 | | | | 263,969.58 | 0.00 |
| ACCOUNT NO.  **645925**<br><br>HSBC Mortgage Corporation(USA)<br>Suite 0241<br>Buffalo, NY 14270 | | H | 12/17/2007<br>First Lien on Residence Home<br>65 Reagan Road<br>Spring Valley, NY 10977<br><br>VALUE $750,000.00 | | | | 145,182.73 | 0.00 |

1    continuation sheets
     attached

Subtotal  ➤
(Total of this page)                                    $    787,242.73 $         0.00

Total  ➤
(Use only on last page)                                $              $

                                                       (Report also on Summary of   (If applicable, report
                                                       Schedules)                    also on Statistical
                                                                                     Summary of Certain
                                                                                     Liabilities and
                                                                                     Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Shlomo   Rachel Braun**                                          .        Case No.  **08-22511**
                                                                                              (If known)
                              **Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4386-5419-1043-8620**<br><br>**Wachovia Bank, N.A.**<br>**P.O.Box 96074**<br>**Charlotte, NC 28296** | | W | **12/07/2007**<br>**Second Lien on Residence**<br>**Home**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977**<br><br>**VALUE $750,000.00** | | | | 236,656.50 | 0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $      236,656.50 | $         0.00 |
| $   1,023,899.23 | $         0.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (12/07)**

In re    **Shlomo    Rachel Braun** _____      Case No.    <u>08-22511</u> _____
                                          Debtors                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Shlomo   Rachel Braun** _____     Case No.   <u>08-22511</u> _____

Debtors                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▷ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total    ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 0.00

Total    ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$ 0.00    $ 0.00

B6F (Official Form 6F) (12/07)

In re   **Shlomo   Rachel Braun**                                        Case No.   08-22511

Debtors                                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | W | 01/10/2008 | | | | 0.00 |
| ACCOUNT NO. | | H | 10/10/2007 | | | | 0.00 |
| ACCOUNT NO. <br><br> **All State Idemnity Company** <br> **Credit Collection Services** <br> **Two wells Avenue, Dept. 9135** <br> **Newton, MA 02459** <br><br> **Credit Collection Services** <br> **Two wells Avenue** <br> **Dept. 9135** <br> **Newton, MA 02459** | | H | **Insurance** | | | | 211.00 |
| ACCOUNT NO.   **xxxx-xxxx-53-1007** <br><br> **American Express** <br> **P.O.Box 2855** <br> **New York, NY 10116** <br><br><br> **Nationwide Credit Inc.** <br> **3010 Corporate Way.** <br> **Miramar, FL 33025** | | H | 12/11/07 <br> **Credit Card** | | | | 46,465.27 |

9   Continuation sheets attached

Subtotal ➢ $               **46,676.27**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shlomo   Rachel Braun**                                      Case No.   **08-22511**
                                                                          (If known)
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3732-7814-5452-000**<br>**American Express**<br>**P.O.Box 2855**<br>**New York, NY 10116**<br><br>**Law Offices of Mitchell N. Kay**<br>**P.O.Box 9006**<br>**Smithtown, NY 11787** | X | W | **11/22/2007**<br>**Business Credit Card** | | | | **36,161.54** |
| ACCOUNT NO.  **xxxx-xxxx-xx37-1003**<br>**American Express**<br>**P.O.Box 2855**<br>**New York, NY 10116**<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | H | **12/26/2007**<br>**Business Credit Card** | | | | **5,474.53** |
| ACCOUNT NO.  **4036-4750-0140-0575**<br>**Bank of America**<br>**P.O.Box 15184**<br>**Wilmington, DE 19850** | X | H | **01/06/2008**<br>**Business Credit Card** | | | | **2,999.88** |
| ACCOUNT NO.  **4170-0801-1096-3244**<br>**Bank of America**<br>**P.O.Box 15710**<br>**Wilmington, DE 19886** | X | H | **01/05/2008**<br>**Business Credit Card** | | | | **11,318.96** |

Sheet no.  1 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **55,954.91**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shlomo   Rachel Braun**                                      Case No.  **08-22511**
                                                    _____
                              **Debtors**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4036-4750-0136-3492**<br><br>**Bank of America**<br>**P.O.Box 15184**<br>**Wilmington, DE 19850** | X | H | **01/06/2008**<br><br>**Business Credit Card** | | | | **13,468.78** |
| ACCOUNT NO.   **4888-6080-0017-4069**<br><br>**Bank of America**<br>**P.O.Box 15726**<br>**Wilmington, DE 19886**<br><br><br>**Frederick J. Hanna & Associates PC**<br>**1427 Rosewell Rd.**<br>**Marietta, GA 30062** | | W | **09/24/2007**<br><br>**Credit Card** | | | | **21,237.60** |
| ACCOUNT NO.   **4192-0000-0230-1364**<br><br>**Bank of America**<br>**P.O.Box 15710**<br>**Wilmington, DE 19886** | X | H | **12/26/2007**<br><br>**Business Credit Card** | | | | **36,541.44** |
| ACCOUNT NO.<br><br>**Builders Capital  LLC**<br>**90 Crystal Run Rd.**<br>**Suite 400**<br>**Middletown, NY 10941** | X | H | **01/10/2008**<br><br>**Guarantee Business Construction Loan-Principal Owing** | X | | | **682,350.00** |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                           **753,597.82**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shlomo   Rachel Braun**                                    Case No.  **08-22511**
_____                              _____
                              **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4147-2020-2904-4094** <br><br> **Chase** <br> **Cardmember Services** <br> **P.O.Box 15153** <br> **Wilmington, DE 19886** | | H | 01/07/2008 <br><br> Credit Card | | | | **5,201.28** |
| ACCOUNT NO.  **5582-5086-1054-3578** <br><br> **Chase** <br> **Cardmember Services** <br> **P.O.Box 15153** <br> **Wilmington, DE 19886** <br><br> **Intergrated Portfolio** <br> **Management Inc.** <br> **P.O.Box 3352** <br> **Glen Ellyn, IL 60138** | | W | Credit Card | | | | **7,820.29** |
| ACCOUNT NO.  **5082-2900-3728-7387** <br><br> **Citibusiness Card** <br> **P.O.Box 183065** <br> **Columbus, OH 43218** | X | W | 12/21/2007 <br><br> Buisness Credit Card | | | | **5,274.05** |
| ACCOUNT NO.  **400-109-2145** <br><br> **Citizens Bank** <br> **P.O.Box 9799** <br> **Providence, RI 02940** <br><br> **Associated Credit Services, Inc.** <br> **105B South St.** <br> **P.O.Box 9100** <br> **Hopkinton, MA 01748** | X | H | 12/31/2007 <br><br> Checking  Charges | | | | **44.18** |

Sheet no.  3 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩ $                                          **18,339.80**

Total  ⟩ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shlomo   Rachel Braun**                                    Case No.  **08-22511**
                                          **Debtors**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **880-0001-8251010-0101**<br><br>**Citizens Bank**<br>**P.O.Box 9799**<br>**Providence, RI 02940** | X | H | **12/27/2007**<br><br>**Guarantee Business Commercial Loan** | X | | | **103,130.71** |
| ACCOUNT NO.   **4266-8411-2378-2276**<br><br>**Country Wide**<br>**Cardmember Services**<br>**P.O.Box 15153**<br>**Wilmington, DE 19886** | | H | **01/06/2008**<br><br>**Credit Card** | | | | **9,346.55** |
| ACCOUNT NO.   **xxxx-xxxx-xxxx-8193**<br><br>**Discover Card**<br>**P.O.Box 15251**<br>**Wilmington, DE 19886** | | W | **12/26/2007**<br><br>**Credit Card** | | | | **8,725.86** |
| ACCOUNT NO.   **4266-9020-1816-8904**<br><br>**Disney Rewards**<br>**Cardmember Services**<br>**P.O.Box 15153**<br>**Wilmington, DE 19866** | | H | **01/06/2008**<br><br>**Credit Card** | | | | **12,853.34** |

Sheet no.  4 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **134,056.46**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shlomo   Rachel Braun**                                          Case No.  **08-22511**
_____                                    _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5466-4103-0247-8737** <br><br> **GM Card/HSBC Card Services** <br> **P.O.Box 37281** <br> **Baltimore, MD 21297** <br><br><br> **National American Credit Corp.** <br> **1 Allied Dr.** <br> **Trevose, PA 19053** | | | **11/23/2007** <br> **Credit Card** | | | | **20,846.46** |
| ACCOUNT NO. <br><br> **HSBC Bank** <br> **P.O.Box 80026** <br> **Salines, CA 93912** | X | H | **11/21/2007** <br> **Checking Charges** | | | | **135.29** |
| ACCOUNT NO.   **7824-1496-0215-5297** <br><br> **HSBC Bank USA** <br> **P.O.Box 80026** <br> **Salinas, CA 93912** | | H | **12/13/2007** <br> **Credit Card** | | | | **1,939.67** |
| ACCOUNT NO.   **7824-1497-0307-7325** <br><br> **HSBC Bank USA** <br> **P.O.Box 80026** <br> **Salines, CA 93912** | X | H | **12/10/2007** <br> **Guarantee Business Loan** | X | | | **102,561.59** |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **125,483.01**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shlomo   Rachel Braun**                                              Case No.   08-22511
_____                                     _____
                                    **Debtors**                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5215-3188-0325-0873** <br><br> **HSBC Bank USA** <br> **P.O.Box 80026** <br> **Salinas, CA 93912** | | H | **01/06/2008** <br><br> **Credit Card** | | | | **2,145.27** |
| ACCOUNT NO.   **7824-1497-0306-6674** <br><br> **HSBC Bank USA** <br> **P.O.Box 37278** <br> **Baltimore, MD 21297** <br><br><br> **Kirschenbaum & Phillips, P.C.** <br> **3000 Hempstead Turnpike** <br> **4th Floor** <br> **Levitton, NY 11756** | X | W | **11/21/2007** <br><br> **Guarantee Business revolving line** | X | | | **47,274.90** |
| ACCOUNT NO. <br><br> **Liberty Savings Bank** <br> **c/o Hardy Credit co.** <br> **12276 San Jose Blvd. Suite 207** <br> **Jacksonville, FL. 32223** <br><br> **Hardy Credit Co.** | X | H | **01/10/2008** <br><br> **Guarantee Business Construction Loan-Principal Owing** | X | | | **1,221,326.18** |
| ACCOUNT NO. <br><br> **Mezimen Corp.** <br> **P.O.Box 258** <br> **Monsey, NY 10952** | | H | **01/10/2008** <br><br> **Loan** | | | | **250,000.00** |

Sheet no.  6 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **1,520,746.35**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shlomo   Rachel Braun**                                    Case No.  **08-22511**
_____                              _____
                                    **Debtors**                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Orange & Rockland Utilities**<br>**390 West Route 59**<br>**Spring Valley, NY 10977**<br><br><br>**M.L. Zager P.C.**<br>**543 Broadway**<br>**P.O.Box 948**<br>**Monticello, NY 12701** | X | H | **12/31/2007**<br><br>**Utilities** | | | | **118.16** |
| ACCOUNT NO.<br><br>**Oxford Health Plans**<br>**c/o RMS 77 Hartland St.,  St. 401**<br>**East hartford, CT 06128** | X | H | **12/25/2007**<br><br>**Health Insurance** | | | | **3,877.35** |
| ACCOUNT NO.<br><br>**Preferred Mutual Insurance Company**<br>**1 Preferred Way**<br>**New Berlin, NY 13411**<br><br><br>**Access Receivables Management**<br>**P.O.Box 9801**<br>**Townson, MD 21284** | | J | **06/30/2007**<br><br>**Insurance Bill** | | | | **535.61** |
| ACCOUNT NO.<br><br>**Toyota Motor Credit Corporation**<br>**P.O.Box 5236**<br>**Carol Stream, IL 60197** | X | W | **10/11/2007**<br><br>**Financed Car Defincency** | | | | **18,007.18** |

Sheet no.  7 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **22,538.30**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shlomo   Rachel Braun**                                    Case No. **08-22511**
                                                                          (If known)
                                         **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | W | 11/14/2007 | | | | 82.08 |
| **Wachovia Bank** P.O.Box 96074 Charlotte, NC 28296 **LDG Financial Services, LLC** 4553 Winters Chapel Rd. Atlanta, GA 30360 | | | **Checking Charges** | | | | |
| ACCOUNT NO. | | H | 12/10/2007 | | | | 634.20 |
| **Wachovia Bank** P.O.Box 96074 Charlotte, NC 28296 | | | **Checking Charges** | | | | |
| ACCOUNT NO.   4386-5519-3017-1382 | X | W | 12/26/2007 | X | | | 26,876.13 |
| **Wachovia Bank, N.A.** P.O.Box 96074 Charlotte, NC 28296 **Linton Distasio Adams P.C.** 1720 Mineral Spring Rd. P.O.Box 451 Reading, PA 19603 | | | **Guarantee Business Line of credit** | | | | |
| ACCOUNT NO.   4313-0821-6138-9004 | | H | 01/07/2008 | | | | 16,297.11 |
| **Wachovia Fia Card Services** P.O.Box 15726 Wilmington, DE 19886 | | | **Credit Card** | | | | |

Sheet no. _8_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **43,889.52**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re    **Shlomo    Rachel Braun** _____    Case No. **08-22511** _____
                       **Debtors**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4264-5180-1271-0350** <br><br> **Wachovia FIA Card Services** <br> **P.O.Box 15726** <br> **Wilmington, DE 19886** | | W | **07/11/2007** <br><br> **Credit Card** | | | | **7,962.29** |
| ACCOUNT NO.  **4856-2002-2188-5562** <br><br> **Wells Fargo** <br> **P.O.Box 348750** <br> **Scarmento, CA 95834** | X | H | **12/11/2007** <br><br> **Business Credit Card** | | | | **11,100.51** |
| ACCOUNT NO.  _____ <br><br> **Woodards Concrete** <br> **P.O.Box 8 Lybolt Rd.** <br> **Bullville, NY 10915** | X | H | **12/31/2007** <br><br> **Supplier personal guarantee** | X | | | **13,717.11** |

Sheet no. _9_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal ➤ $        **32,779.91**

                                     Total ➤ $       **2,754,062.35**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **Shlomo    Rachel Braun**                                        Case No.    **08-22511**
                                                          _____
                    **Debtors**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **residential leases on two debtor properties -- list to be provided** |

B6H (Official Form 6H) (12/07)

In re:  **Shlomo   Rachel Braun**                                    .        Case No.  **08-22511**
                                    **Debtors**                                                    (If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ultimate Builders**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **American Express**<br>**P.O.Box 2855**<br>**New York, NY 10116** |
| **Bridge View Associates  Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Bank of America**<br>**P.O.Box 15710**<br>**Wilmington, DE 19886** |
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Bank of America**<br>**P.O.Box 15184**<br>**Wilmington, DE 19850** |
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977**<br><br>**Samuel Freidman** | |
| **Ultimate Builders Ltd.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Bank of America**<br>**P.O.Box 15710**<br>**Wilmington, DE 19886** |
| **Tri Valley Estates LLC** | **Builders Capital  LLC**<br>**90 Crystal Run Rd.**<br>**Suite 400**<br>**Middletown, NY 10941** |
| **Ultimate Builders Ltd.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Citibusiness Card**<br>**P.O.Box 183065**<br>**Columbus, OH 43218** |
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977**<br><br>**Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Citizens Bank**<br>**P.O.Box 9799**<br>**Providence, RI 02940** |
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **HSBC Bank**<br>**P.O.Box 80026**<br>**Salines, CA 93912** |
| **B&S Management Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **HSBC Bank USA**<br>**P.O.Box 37278**<br>**Baltimore, MD 21297** |
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **HSBC Bank USA**<br>**P.O.Box 80026**<br>**Salines, CA 93912** |
| | |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Shlomo   Rachel Braun**                                      Case No.  <u>08-22511</u>
                          <u>Debtors</u>                                              (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Liberty Savings Bank**<br>**c/o Hardy Credit co.**<br>**12276 San Jose Blvd. Suite 207**<br>**Jacksonville, FL. 32223** |
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Orange & Rockland Utilities**<br>**390 West Route 59**<br>**Spring Valley, NY 10977** |
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Oxford Health Plans**<br>**c/o RMS 77 Hartland St.,  St. 401**<br>**East hartford, CT 06128** |
| **Ultimate Builders Ltd.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Toyota Motor Credit Corporation**<br>**P.O.Box 5236**<br>**Carol Stream, IL 60197** |
| **B&S Management Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Wachovia Bank, N.A.**<br>**P.O.Box 96074**<br>**Charlotte, NC 28296** |
| **Bridge View Associates Corp.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Wells Fargo**<br>**P.O.Box 348750**<br>**Scarmento, CA 95834** |
| **Bridge View Associates**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977**<br><br>**Ultimate Builders Ltd.**<br>**65 Reagan Road**<br>**Spring Valley, NY 10977** | **Woodards Concrete**<br>**P.O.Box 8 Lybolt Rd.**<br>**Bullville, NY 10915** |

B6I (Official Form 6I) (12/07)

| In re | Shlomo Rachel Braun | | Case No. | 08-22511 |
|---|---|---|---|---|
| | Debtors | | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Property manager** | |
| Name of Employer | **Baron Management** | |
| How long employed | **4 months** | |
| Address of Employer | **32 Decatur Avenue Monsey, New York** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **4,800.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ | **4,800.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | **336.00** | $ **0.00** |
| b. Insurance | $ | **0.00** | $ **0.00** |
| c. Union dues | $ | **0.00** | $ **0.00** |
| d. Other (Specify) | $ | **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **336.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,464.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **0.00** |
| 8. Income from real property | $ | **1,900.00** | $ **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ **0.00** |
| 13. Other monthly income (Specify) | $ | **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,900.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **6,364.00** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 6,364.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re **Shlomo Rachel Braun** , Case No. __08-22511__
_____
Debtors                                                                        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 6,714.00 |
| a. Are real estate taxes included?  Yes ✓  No | | |
| b. Is property insurance included?  Yes ✓  No | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 600.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 100.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 1,500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 200.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 200.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 450.00 |
| b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **tuition** | $ | 900.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,389.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 6,364.00 |
| b. Average monthly expenses from Line 18 above | $ | 11,389.00 |
| c. Monthly net income (a. minus b.) | $ | -5,025.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## Southern District of New York

In re  **Shlomo   Rachel Braun**                                        ,

Debtors

Case No.  **08-22511**

Chapter  **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $        1.080.000.00 | | |
| B - Personal Property | YES | 3 | $           10.200.00 | | |
| C - Property Claimed as Exempt | NO | 1 | | | |
| D - Creditors Holding Secured Claims | NO | 2 | | $        1.023.899.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 2 | | $                0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $        2.754.062.35 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 1 | | | $           6.364.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | 1 | | | $          11.389.00 |
| TOTAL | | 24 | $       1,090,200.00 | $        3,777,961.58 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re   **Shlomo   Rachel Braun** _____ , | Case No.   <u>08-22511</u> _____ |
| Debtors | Chapter   <u>11</u> _____ |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 447.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 447.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 447.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $3,106,827.47 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $3,106,827.47 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Shlomo    Rachel Braun**

                                    **Debtors**

Case No.    **08-22511**

                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **5/28/2008**_____          Signature:  **s/ Shlomo**_____

                                                        **Shlomo**

                                                                    Debtor

Date:  **5/28/2008**_____          Signature:  **s/ Rachel Braun**_____

                                                        **Rachel Braun**

                                                                (Joint Debtor, if any)

                                            [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*