# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: lwebb | Date Created: 7/21/2010 |
| Case: 08−22511−rdd | Form ID: 155 | Total: 77 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | America's Servicing Company | |
| cr | HSBC MORTGAGE CORPORATION (USA) | |
| unk | Clerk's Office U.S. Bankruptcy Court | |
| cr | IndyMac Federal Bank, FSB | |
| cr | Wells Fargo Bank, NA dba America's Servicing Company | |
| cr | ONEWEST BANK, FSB | |
| 4526462 | IndyMac Bank, F.S.B. | |
| | | TOTAL: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Mark S. Tulis | mtulis@oxmanlaw.com, ppucci@oxmanlaw.com, NY47@ecfcbis.com |
| aty | Amy E. Polowy | bkincoming@mbaum.com, apolowy@mbaum.com |
| aty | Barbara Dunleavy | bdunleavy@rosicki.com, ecfnotice@rosicki.com |
| aty | Bruce D. Mael | b.mael@bhpp.com, b.mael@bhpp.com |
| aty | David Carlebach | david@carlebachlaw.com, sam@carlebachlaw.com |
| aty | Linda Manfredi | lmanfredi@flwlaw.com |
| aty | Linh Tran | bline.chapter13@blinellc.com |
| aty | Lisa Milas | lmilas@rosicki.com, ecfnotice@rosicki.com |
| aty | Lisa L. Wallace | lwallace@mwc−law.com |
| aty | Michael J. McCormick | bkmail@prommis.com |
| aty | Nazar Khodorovsky | nazar.khodorovsky@usdoj.gov |
| aty | Nicole C. Gazzo | ngazzo@mbaum.com, bkincoming@mbaum.com |
| aty | Peter Corey | peterc@efwlaw.com, llamorelle@maccosternlaw.com |
| aty | Royston Mendonza | roy−mendonza@mbaum.com, bkincoming@mbaum.com |
| | | TOTAL: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Shlome Braun | 65 reagan Road | Monsey, NY 10977 | | |
| jdb | Rachel Braun | 65 reagan Road | Monsey, NY 10977 | | |
| ust | United States Trustee | 33 Whitehall Street | 21st Floor | New York, NY 10004 | |
| cr | Chase Home Finance, LLC | C/O Rosicki Rosicki &Associates, P.C. | 51 East Bethpage Road | Plainview, NY 11803 | |
| cr | Hardy Credit Co. | c/o Berkman Henoch Peterson &Peddy, PC | 100 Garden City Plaza | Garden City, NY 11530 | |
| cr | America's Servicing Company | c/o McCalla, Raymer, et al. | Bankruptcy Department | 1544 Old Alabama Road | Roswell, GA 30076 |
| cr | Builder's Capital, LLC | 90 Crystal Run Road | Middletown, NY 10940 | | |
| cr | America's Wholesale Lender c/o Countrywide Home Loans, Inc. | 7105 Corporate Drive | PTX−B−209 | Plano, TX 75024 | |
| tee | Roundup Funding, LLC | MS 550 | PO Box 91121 | Seattle, WA 98111−9221 | |
| cr | Countrywide Home Loans, Inc. f/ka Countrywide Funding Corp. d/b/a America's Wholesale Lender | 7105 Corporate Drive | PTX−B−209 | Plano, TX 75024 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−551 | | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 | |
| 4583978 | AmeriCredit Financial Services, INC. | as Assignee from Long Beach | Acceptance Corp. | PO Box 183853 | Arlington, TX 76096 |
| 4557378 | America's Servicing Company | Bankruptcy Department | 7495 New Horizon Way, Building 4 | Frederick, MD 21703 | |
| 4547353 | America's Servicing Company | c/o McCalla Raymer, LLC. | Bankruptcy Department | 1544 Old Alabama Road | Roswell, Georgia 30076 |
| 4615749 | America's Wholesale Lender c/o Countrywide Home Lo | 7105 Corporate Drive, PTX−B−209 | Plano, TX 75024 | | |
| 4556936 | American Express Bank FSB | c/o Becket and Lee LLP | POB 3001 | Malvern PA 19355−0701 | |
| 4539185 | American Express Centurion Bank | c/o Becket and Lee LLP | POB 3001 | Malvern PA 19355−0701 | |
| 4526557 | American Express Travel Related Svcs Co | Inc Corp Card | c/o Becket and Lee LLP | POB 3001 | Malvern PA 19355−0701 |
| 4543308 | Berkan, Henoch, Peterson &Peddy | 100 Garden City Plaza | Garden City, NY 11530 | | |
| 4542499 | Berkman Henoch Peterson &Peddy, PC | As Attorneys for Hardy Credit Co. | 100 Garden City Plaza | Garden City, NY 11530 | |
| 4635739 | Berkman Henoch Peterson &Peddy, PC | As Attorneys for Hardy Credit Co. | 100 Garden City Plaza | Garden City, NY 11530 | |
| 4588805 | Berkman, Henoch, Peterson &Peddy, P.C. | 100 Garden City Plaza | Garden City, NY 11530 | | |
| 4637349 | Builder's Capital, LLC | 40 Golf Links Road | Middletown, New York 10940 | | |
| 4545004 | CHASE BANK USA | C O WEINSTEIN AND RILEY, PS | 2001 WESTERN AVENUE, STE 400 | SEATTLE, WA 98121 | |

| | | | | |
|---|---|---|---|---|
| 5225397 | Cedarcrest Fund LP | PO Box 830669 | Arsenal Station | San Antonio, TX 78283 |
| 4546701 | Chase Bank USA, NA | PO BOX 15145 | Wilmington, DE 19850–5145 | |
| 4682898 | Chase Home Finance, LLC | 3415 Vision Drive, DeptOH4–7162 | Columbus, OH 43219 | |
| 4532446 | Chase Home Finance, LLC | C/O Rosicki Rosicki &Associates, P.C. | 51 East Bethpage Road | Plainview, NY 11803 |
| 4532447 | Chase Home Finance, LLC | C/O Rosicki Rosicki &Associates, P.C. | 51 East Bethpage Road | Plainview, NY 11803 |
| 4575636 | DelBello Donnellan Weingarten | Wise &Wiederkehr, LLP | One North Lexington Avenue | White Plains, NY 10601 |
| 4532444 | Discover Bank/DFS Services LLC | PO Box 3025 | New Albany, OH 43054–3025 | |
| 4622013 | Eschen, Frenkel &Weisman, LLP | 20 West Main St. | Bay Shore, NY 11706 | |
| 4630406 | Eschen, Frenkel &Weisman, LLP | Attorney for: Peter Corey | 20 West Main St. | Bay Shore, NY 11706 |
| 4615643 | FIA Card Services, N.A. | Attn: Mr. M–BK | 1000 Samoset Drive | DE5–023–03–03    Newark, DE 19713 |
| 4556448 | HSBC Bank USA, N.A. | PO Box 2103 | Buffalo, NY 14240 | |
| 4531114 | HSBC Mortgage Corp. (USA) | Attn: Bankruptcy Dept. | 2929 Walden Ave. | Depew, NY 14043 |
| 4590018 | HSBC Mortgage Corporation (USA) | 2929 Walden Avenue | Attn: Bankruptcy Department | Depew, NY 14043 |
| 4667634 | HSBC Mortgage Corporation (USA) | 2929 Walden Avenue | Depew, NY 14043 | |
| 4539057 | INTERNAL REVENUE SERVICE | 290 BROADWAY | NEW YORK, N.Y. 10007 | |
| 4562936 | JP Morgan Chase Bank, N.A. | National Payment Services | POB 24785 | Columbus, OH 43224 |
| 4692794 | Keybank National Association | POB 94968 | Cleveland, OH 44101 | |
| 4631299 | Meziman Corp. | Isaac Tenenbaum | POB 258 | Monsey, NY 10952–0258 |
| 4544220 | NYS DEPT OF TAX AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | ALBANY NY 12205 |
| 4765735 | Old Republic Equity Credit Services,Inc. | 307 N. Michigan Ave., 15th Fl. | Chicago,IL 60601 | |
| 4735976 | ROUNDUP FUNDING, L.L.C. | MS 550 | PO Box 91121 | SEATTLE, WA 98111–9221 |
| 4735977 | ROUNDUP FUNDING, L.L.C. | MS 550 | PO Box 91121 | SEATTLE, WA 98111–9221 |
| 4735978 | ROUNDUP FUNDING, L.L.C. | MS 550 | PO Box 91121 | SEATTLE, WA 98111–9221 |
| 4533648 | Rosicki, Rosicki &Associates, P.C. | 51 East Bethpage Rd. | Plainview, NY 11803 | |
| 4531344 | Steven J. Baum, P.C. | 220 Northpinte Pkwy., Ste. G | Amherst, NY 14228 | |
| 4910556 | TAConcrete Inc. | c/o Mr. Andrew Vlietstra | P.O. Box 383 | Unionville, New York 10988 |
| 4609410 | Toyota Motor Credit Corporation | c/o Becket and Lee LLP | POB 3001 | Malvern PA 19355–0701 |
| 4726375 | Verizon | c/o AFNI/Verizon East | POB 3037 | Bloomington, IL 61702 |
| 4598014 | WACHOVIA BANK, N.A. | PO BOX 13765 | ROANOKE, VA 24037 | |
| 4525999 | WELLS FARGO BANK | BDD–BANKRUPTCY DEPARTMENT | P.O. BOX 53476 | PHOENIX, AZ 85072 |
| 4614335 | Wachovia Bank, National Assoc. | Bankruptcy Dept. VA 7359 | POB 13765 | Roanoke, VA 24037 |

TOTAL: 56